Form B1 (Official Form 1) - (Rev. 1/08)                2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>CBD Las Vegas LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Closets By Design, Closet World | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 94-4844383 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>4050 W. Sunset Suite A<br>Las Vegas, NV     ZIP CODE 89118 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>3860 Capitol Ave.<br>Whittier, CA     ZIP CODE 90601 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this fm
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other    Home Improvement

**Tax-Exempt Entity** (Check one box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Form B1 (Official Form 1) (Rev. 1/08) | | 2008 USBC, Central District of California |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): CBD Las Vegas LLC | FORM B1, Page 2 |

**Prior Bankruptcy Case Filed Within Last 8 Years (if more than two, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (if more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date |

| Exhibit C | Exhibit D |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
Check all applicable boxes.

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

| Form B1 (Official Form 1) (Rev. 1/08) | 2008 USBC, Central District of California |
|---|---|
| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): CBD Las Vegas LLC — FORM B1, Page 3 |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X *Christopher S. Reeder* (signed)
Signature of Attorney for Debtor(s)

Christopher S. Reeder
Printed Name of Attorney for Debtor(s)

Reeder, Lu & Green LLP
Firm Name

2121 Avenue of the Stars
Address

Suite 950

(310) 270-9300
Telephone Number

3/17/10          193041
Date              Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____ (signed)
Signature of Authorized Individual

Gerard A. Thompson
Printed Name of Authorized Individual

Senior Vice President & CFO
Title of Authorized Individual

March 17, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
                                    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher S. Reeder, Esq. (SBN 193041)<br>Reeder, Lu & Green LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 (310) 270-9300<br><br>☒ Attorney for: CBD Las Vegas, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>CBD LAS VEGAS, LLC<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☒ Petition, statement of affairs, schedules or lists     Date Filed: March 16, 2010
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Other: _____     Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_[signature]_    Date: 3/17/2010
Signature of Authorized Signatory of Filing Party

Gerard A. Thompson
Printed Name of Authorized Signatory of Filing Party

Senior Vice President and CFO
Title of Authorized Signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_[signature]_    Date: 3/17/2010
Signature of Attorney for Filing Party

Christopher S. Reeder
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2008

## WRITTEN CONSENT OF MANAGING MEMBER
## OF
## CBD LAS VEGAS, LLC

The undersigned member of CBD Las Vegas, LLC (the "Company"), being the managing member (the "Managing Member") of the Company, hereby adopts the following resolutions, as authorized by applicable law and the Operating Agreement of the Company:

WHEREAS, the Managing Member has determined that it is in the best interests of the Company, its creditors, members and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); therefore, it is:

RESOLVED, that the Company be, and hereby is, authorized to file a petition for relief under chapter 11 in the Bankruptcy Case, and the law firm of Reeder, Lu & Green, LLP is authorized to file the petition on behalf of the company; and it is

RESOLVED, that the Officers of the Company, including Gerard A. Thompson, Chief Financial Officer, hereby is authorized to:

a. Execute and verify or certify on behalf of the Company and any and all of its subsidiaries' petitions under chapter 11 and to cause the same to be filed in the appropriate United States Bankruptcy Court at such time as he shall determine is appropriate; and

b. Execute and file, or cause to be executed and filed, all petitions, schedules, lists, statements and other papers, and to take or direct any and all action that he deems necessary, proper or desirable in connection with the chapter 11 case for the Company or any of its subsidiaries with view toward the successful completion of the case or cases; and

c. Take or direct all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform, or cause to be performed, all duties and obligations, as the Company or any of its subsidiaries may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver, or cause to be executed and delivered, all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company or any of its subsidiaries, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

RESOLVED, that the Company be, and hereby is, authorized to employ the law firm of Peitzman, Weg & Kempinsky LLP, or such other firm as may be appropriate, to

represent the Company as bankruptcy counsel in the chapter 11 case for the Company and its subsidiaries.

Dated: March 17, 2010

CLOSETS BY DESIGN, INC.,
as Managing Member of CBD LAS VEGAS, LLC,

By: _____
Gerard A. Thompson
Chief Financial Officer

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher S. Reeder, Esq. (SBN 193041)<br>Reeder, Lu & Green LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>(310) 270-9300<br>☑ Attorney for: CBD Las Vegas LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>CBD Las Vegas LLC<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Gerard A. Thompson_____, the undersigned in the above-captioned case, hereby declare
(Print Name of Attorney or Declarant)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☑ I am the president or other officer or an authorized agent of the debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☐ I am the attorney for the debtor corporation

2. a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

    Closets By Design, Inc.

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_/s/ [signature]_                    __3/17/2010__
Signature of Attorney or Declarant        Date

Gerard A. Thompson
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                 F 1007-4

Christopher S. Reeder (State Bar No. 193041)
REEDER, LU & GREEN LLP
2121 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 270-9300

Proposed Counsel to CBD Las Vegas, LLC

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: |
| CBD LAS VEGAS, LLC, a Nevada limited liability company, | Chapter 11 |
| Debtor. | LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(D); DECLARATION OF GERARD A. THOMPSON |

The above-captioned debtor (the "Debtor"), hereby submits the attached List of Creditors Holding 20 Largest Unsecured Claims Pursuant to Federal Rule of Bankruptcy Procedure 1007(d) (the "List"). The List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The List also does not include customers who have pre-paid for products and/or services from the Debtor or who may have warranty claims against the Debtor or current employees with priority claims under 11 U.S.C. § 507(a)(4), as the Debtor intends to satisfy such claims in the ordinary course of its business, subject to approval by the Court.

The list was prepared by the Debtor based upon the ongoing review of its books and records. The List, therefore, is subject to amendment if additional information becomes known as a result of the ongoing review of the books and records.

1  Dated: March 17, 2010                REEDER, LU & GREEN LLP

3                                       By: /s/ Christopher S. Reeder
                                        Christopher S. Reeder
4                                       Proposed Counsel for CBD Las Vegas, LLC

## DECLARATION OF GERARD A. THOMPSON

I, Gerard A. Thompson, declare as follows:

1. I am the Senior Vice President and Chief Financial Officer of the Debtor in the above-captioned matter. The attached List of Creditors Holding 20 Largest Unsecured Claims (the "List") is true and correct to the best of my information and belief based upon my review of the Debtor's books and records. If additional information becomes known as a result of the ongoing review of the Debtor's books and records, the List will be promptly amended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of March 2010 at Whittier, California.

*[signature]*

Gerard A. Thompson
Senior Vice President and CFO

**CBD LAS VEGAS, LLC**
**20 Largest Unsecured Claims**

| (1) Name of creditor & mailing address | (2) Name, telephone & address of contact | (3) Nature of claim | (4) Indicate if contingent, unliquidated, disputed, subject to set off | (5) Amount |
|---|---|---|---|---|
| Action Marketing, LLC 5301 Beethoven Unit 295 Los Angeles, CA 90066 | Action Marketing, LLC 5301 Beethoven Unit 295 Los Angeles, CA 90066 | Vendor | | $500.00 |
| CAMS 5165 Rousso Rd Ste E Las Vegas, NV 89118 | CAMS 5165 Rousso Rd Ste E Las Vegas, NV 89118 | Vendor | | $135.00 |
| Majestic Mgmt Co. Agent | Majestic Mgmt Co. Agent | Vendor | | $2,920.05 |
| Orleans Hotel & Casino 4500 West Tropicana Ave Las Vegas, NV 89103 | Orleans Hotel & Casino 4500 West Tropicana Ave Las Vegas, NV 89103 | Vendor | | $141.04 |
| Roly's Trucking, Inc. 13645 Live Oak Lane Irwindale, CA 91706 | Roly's Trucking, Inc. 13645 Live Oak Lane Irwindale, CA 91706 | Vendor | | $2,450.25 |

# CBD LAS VEGAS, LLC
## 20 Largest Unsecured Claims

| | | |
|---|---|---|
| CenturyLink<br>PO Box 660068<br>Dallas, TX 75266-0068 | Vendor | $369.96 |
| First Choice<br>580 West Cheyenne Ave Unit 90<br>North Las Vegas, NV 89030 | Vendor | $54.00 |
| Fleetwash, Inc.<br>PO Box 36014<br>Newark, NJ 07188-6014 | Vendor | $23.59 |
| Prudential Overall Supply<br>PO Box 11210<br>Santa Ana, CA 92711 | Vendor | $103.32 |

Verification of Creditor Mailing List - (Rev. 10/05)    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name: Christopher S. Reeder

Address: Reeder Lu & Green LLP
2121 Avenue of the Stars Ste. 950
Los Angeles, CA 90067

Telephone: (310) 270-9300

☒ Attorney for Debtor(s)    CBD Las Vegas LLC
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
|---|---|
| | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __2__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: March 17, 2010

_____
Debtor

/s/ Christopher S. Reeder
_____
*Attorney (if applicable)*    *Joint Debtor*

CBD Las Vegas LLC
3860 Capitol Ave
Whittier, CA 90601-1733


Reeder Lu & Green LLP
2121 Avenue of the Stars
Suite 950
Los Angeles, CA 90067


Office of the United States Trustee
725 S Figueroa Street
Suite 2600
Los Angeles, CA 90017

Action Marketing LLC
5301 Beethoven Unit 295
Los Angeles, CA 90066


Aquaperfect of Nevada
PO Box 610
Saint Joseph, MN 56374


Diane Berk
6255 W Tropicana Unit 398
Las Vegas, NV 89103


Patricia Bifano
3950 Starfield Lane
Las Vegas, NV 89147


Tina Boehmer
8433 Rushfield Ave
Las Vegas, NV 89178


Nancy Buford
7832 Desert Bell Ave
Las Vegas, NV 89128


CAMS
5165 Rousso Rd Ste E
Las Vegas, NV 89118

CenturyLink
PO Box 660068
Dallas, TX 75266-0068

Delcon Terminate Pest Control
PO Box 34167
Las Vegas, NV 89133

Enterprise Holdings Inc
PO Box 402383
Atlanta, GA 30384-2383

First Choice
580 West Cheyenne Ave Unit 90
North Las Vegas, NV 89030

Fleetwash Inc
PO Box 36014
Newark, NJ 07188-6014

Patrick Goulding
2225 River Grove Drive
Henderson, NV 89044

Andre Gray
5476 Solvang Drive
Las Vegas, NV 89103

Linda Hellman
1750 N Buffalo Drive Unit 104 to 130
Las Vegas, NV 89128


Carlos Ibarra
5419 W Tropicana Apt 2203
Las Vegas, NV 89103


Wayne Lueck
8508 Glistening Pond St
Las Vegas, NV 89131


M&I Equipment Finance Co
250 East Wisconson Avenue
Suite 1400
Milwaukee, WI 53202-4219


Majestec Office Solutions
Attn William Wesley
1421 N Jones Blvd Unit 101
Las Vegas, NV 89107


Majestic Mgmt Co Agent


Luis Martinez Flores
3600 Swenson St Unit 333
Las Vegas, NV 89109

Annette Moore
1316 Autumn Wind Way
Henderson, NV 89052


Orleans Hotel & Casino
4500 West Tropicana Ave
Las Vegas, NV 89103


April Pace
4604 Lilliput Ln
Las Vegas, NV 89102


Alejandro Perez
4333 Fox Point Dr
Las Vegas, NV 89108


Craig Powell
6546 Eagle Creek Lane
Las Vegas, NV 89156


Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711


Aleit Richter
8221 Impatients Ave
Las Vegas, NV 89131

Debra Rock
2425 Worchester Rd
Henderson, NV 89074


Rolys Trucking Inc
13645 Live Oak Lane
Irwindale, CA 91706


Barbara Schilling
256 Hull Street
Henderson, NV 89015


Sunset and Valley View Ptns & NMLIC
Attn Majestic Realty Co
13191 Crossroads Pkwy North 6th Fl
City of Industry, CA 91746


Anthony Valadez
7325 Sunspot Dr
Las Vegas, NV 89128


Vegas Propane Inc
4610 Eaker Street
North Las Vegas, NV 89081


Lino Vergara
6328 Parsifal Pl Unit 8
Las Vegas, NV 89107